United States Court of Appeals
Fifth Circuit

**F I L E D**

April 11, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-30408
Summary Calendar

BERTHA THOMAS, ET AL.,

Plaintiffs-Appellants,

versus

UNITED STATES OF AMERICA, Veterans Administration and
Department of Secret Service,

Defendant-Appellee.

--------------------
Appeal From the United States District Court
For the Eastern District of Louisiana
Civil Docket No. 04-cv-0114
--------------------

Before HIGGINBOTHAM, BENAVIDES and DENNIS, Circuit Judges

PER CURIAM:[*]

The judgment of the district court is affirmed essentially

for the reasons stated in its careful Order and Reasons of March,

31, 2005.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.